**FILE COPY**



BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

PATRICK A. PIRTLE
Justice

JUDY C. PARKER
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

May 29, 2018

Joe Marr Wilson
Attorney at Law
Wells Fargo Center
905 South Fillmore Street, Suite 550
Amarillo, TX 79101
* DELIVERED VIA E-MAIL *

Richard Martindale
Assistant District Attorney
501 South Fillmore Street, Suite 5A
Amarillo, TX 79101
* DELIVERED VIA E-MAIL *

**RE:**   Case Numbers:  07-18-00210-CR, 07-18-00211-CR, 07-18-00212-CR
Trial Court Case Numbers: 72,550-D, 74,277-D, 74,278-D

**Style:** Brian Wayne Sanderson v. The State of Texas

Dear Counsel:

The Court has been advised that appellant has given notice of appeal.  The cause in this Court will bear the number and style shown above.  The docketing statement has not been filed pursuant to TEX. R. APP. P. 32.2 and must be filed by appellant within ten (10) days from the date of this notice.

**Please refer to the Court's website for rules on electronic filing of all documents.**

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:   Honorable Don R. Emerson (DELIVERED VIA E-MAIL)
Jill Zimmer (DELIVERED VIA E-MAIL)
Caroline Woodburn (DELIVERED VIA E-MAIL)